```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

ILLUMINATION STATION, INC., and
BERMAN INDUSTRIES, INC.                                  PLAINTIFFS

    v.   Civil No. 07-3007

ANGELA COOK; TOMMY COOK;
GRANDVIEW GALLERY, LLC;
AARON RENTS, INC.; and
HANCOCK FABRICS, INC.                                    DEFENDANTS

### O R D E R

Now on this 11th day of April, 2007, the Court takes notice of the **Suggestion Of Bankruptcy And Applicability Of The Automatic Stay Under 11 U.S.C. §362** (document #18), and finds that proceedings in the above matter as against Hancock Fabrics, Inc., have been stayed by its filing of a bankruptcy petition.

**IT IS THEREFORE ORDERED** that plaintiffs' claims against separate defendant Hancock Fabrics, Inc., are administratively terminated, without prejudice to the right of the plaintiffs to reopen those claims, for good cause shown, upon the conclusion of the bankruptcy proceedings.

**IT IS FURTHER ORDERED** that plaintiffs' claims against all other defendants remain pending for trial.

**IT IS SO ORDERED.**

            /s/ Jimm Larry Hendren
            **JIMM LARRY HENDREN**
            **UNITED STATES DISTRICT COURT**