IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ILLUMINATION STATION, INC., and
BERMAN INDUSTRIES, INC.                                    PLAINTIFFS

            v.              Civil No. 07-3007

ANGELA COOK; TOMMY COOK;
GRANDVIEW GALLERY, LLC;
AARON RENTS, INC.; and
HANCOCK FABRICS, INC.                                      DEFENDANTS

### O R D E R

Now on this 18th day of April, 2007, comes on for consideration the **Motion Of James D. Sprott To Withdraw As Counsel For Grandview Gallery, LLC** (document #29), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.** Attorney Sprott is allowed to withdraw, and the Clerk of Court is directed to remove his name from the list of attorneys who receive Notices of Electronic Filing in this matter.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT COURT