IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| ILLUMINATION STATION, INC., and **** | |
| BERMAN INDUSTRIES, INC. | PLAINTIFFS |
| v.    Civil No. 07-3007 | |
| ANGELA COOK; TOMMY COOK; | |
| GRANDVIEW GALLERY, LLC; | |
| AARON RENTS, INC.; and **** | |
| HANCOCK FABRICS, INC. | DEFENDANTS |

O R D E R

Now on this 26th day of November, 2007, comes on for consideration the parties' **Joint Stipulation For Dismissal With Prejudice** (document #55), and the Court, being well and sufficiently advised, finds that the claims of all parties in this matter should be, and same hereby are, **dismissed with prejudice**, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT